# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROOSEVELT BANKS, et al.,** : | | **CIVIL ACTION** |
| Plaintiffs, : | | |
| : | | |
| v. : | | **NO. 12-607** |
| : | | |
| **KMART CORPORATION, et al.,** : | | |
| Defendants. : | | |

## **O R D E R**

**AND NOW,** this 6th day of March, 2012, upon careful consideration of the plaintiffs' motion to remand (Doc. No. 4), the defendants' response thereto (Doc. No. 6), and the plaintiffs' motion for leave to file a reply (Doc. No. 10), IT IS HEREBY ORDERED that:

1. The plaintiffs' motion to remand (Doc. No. 4) is **DENIED.**

2. The plaintiffs' motion for leave to file a reply (Doc. No. 10) is **DENIED as moot.**

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.